UNITED STATES *versus* ARTEMIDORUS TULLER, JOSEPH W. BROWN, AND WILLIAM H. HOEG. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with another similar case; (2) March 30, 1835: cognovit, judgment.

PAPERS IN FILE (1834–35): (1) Summons and return; (2) declaration; (3) warrant of attorney to confess judgment; (4) cognovit; (5) writ of .fi. fa. and return.

*File No.* 117.

 UNITED STATES *versus* ARTEMIDORUS TULLER, JOSEPH W. BROWN, AND WILLIAM H. HOEG. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with another similar case; (2) March 30, 1835: cognovit, judgment.

PAPERS IN FILE (1834–35): (1) Summons and return; (2) declaration; (3) warrant of attorney to confess judgment; (4) cognovit; (5) writ of fi. fa. and return.

*File No.* 118.

 UNITED STATES *versus* WILLIAM H. HOEG AND ALPHEUS KIES. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with another similar case; (2) Jan. 8, 1835: discontinued.

PAPERS IN FILE (1834): (1) Summons and return.

*File No.* 135.

 UNITED STATES *versus* WILLIAM H. HOEG AND ALPHEUS KIES. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with another similar case; (2) Feb. 23, 1835: discontinued.

PAPERS IN FILE (1834): (1) Summons and return; (2) discontinuance.

*File No.* 136.

 UNITED STATES *versus* WILLIAM H. HOEG AND JOSEPH W. BROWN. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with two other similar cases; (2) Jan. 8, 1835: discontinued.

PAPERS IN FILE (1834): (1) Summons and return; (2) discontinuance.

*File No.* 128.

 UNITED STATES *versus* WILLIAM H. HOEG AND JOSEPH W. BROWN. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with two other similar cases; (2) Feb. 23, 1835: discontinued.

PAPERS IN FILE (1834): (1) Summons and return.

*File No.* 129.

 UNITED STATES *versus* WILLIAM H. HOEG AND JOSEPH W. BROWN. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with two other similar cases; (2) Feb. 23, 1835: discontinued.

PAPERS IN FILE (1834): (1) Summons and return.

*File No.* 130.

 UNITED STATES *versus* DANIEL AIKIN AND WILLIAM H. HOEG. 

JOURNAL ENTRIES: (1) Jan. 8, 1835: discontinued.

PAPERS IN FILE (1834): (1) Summons and return; (2) discontinuance.

*File No.* 127.